

# In the Missouri Court of Appeals
## Eastern District

OCTOBER 27, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.    ED101393    JUANITA MCKEE, APP V HONEYWELL SECURITY, RES

2.    ED101618 STATE OF MISSOURI, RES V THEODIS HOLMES, APP

3.    ED101662 STATE OF MISSOURI, RES V RONALD MILLS, APP

4.    ED101845 SHARON M. BROOKS, APP V ROBERT BROOKS, RES

5.    ED102195 STATE OF MISSOURI, RES V LONNIE BROWN, APP

6.    ED102604 DAVID GERMAINE WHITE, APP V STATE OF MISSOURI, RES